

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-19-2008

# USA v. Tomko

Precedential or Non-Precedential: Precedential

Docket No. 05-4997

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Tomko" (2008). *2008 Decisions*. Paper 587.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/587

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-4997

———

UNITED STATES OF AMERICA,
                                                        Appellant

v.

WILLIAM TOMKO

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. Criminal No. 04-cr-00108
(Honorable Gary L. Lancaster)

———

Present:  SCIRICA, *Chief Judge*,
SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN and COWEN, *Circuit Judges*

**O R D E R**

The Court, sua sponte, orders rehearing *en banc* in the above-captioned matter.  It

is ordered that the Clerk of this Court list the above case for rehearing *en banc* on

Wednesday, November 19, 2008.

                                        BY THE COURT,

                                        /s/ Anthony J. Scirica
                                        *Chief Judge*

DATED:  August 19, 2008